FILED

2019 MAR 27 PM 2:10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE |
| | ) | |
| ANDRE HARRIS, | ) | 1:19 CR 172 |
| | ) | CASE NO. _____ |
| Defendant. | ) | Title 18, United States Code, |
| | ) | Section 2113(a) |

JUDGE PEARSON

COUNT 1
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury charges:

1. On or about February 8, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANDRE HARRIS did by force, violence, and intimidation, take from the person and presence of a teller at Key Bank, 3601 Chester Avenue, Cleveland, Ohio, and others, approximately $3,782 in U.S. currency belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT 2
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury further charges:

2. On or about February 11, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANDRE HARRIS did by force, violence, and intimidation, take from the person and presence of a teller at Fifth Third Bank, 14800 Madison Avenue, Lakewood, Ohio, and others, approximately $2,190 in U.S. currency belonging to and in the care, custody, control,

management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT 3
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury further charges:

3.    On or about February 15, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANDRE HARRIS did by force, violence, and intimidation, take from the person and presence of a teller at Chase Bank, 35400 Vine Street, Eastlake, Ohio, and others, approximately $2,000 in U.S. currency belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.