Case: 1:19-cr-00172-BYP  Doc #: 35  Filed: 06/11/24  1 of 1.  PageID #: 282

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States of America
v.
Andre Harris

Case No: 1:19-CR-172
USM No: 31075-086

Date of Original Judgment: 09/30/2019
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Catherine Shusky
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/30/2019 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/11/2024

/s/ Benita Y. Pearson
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Benita Y. Pearson, U.S. District Judge
*Printed name and title*